Ronda BUFFINGTON,
dba Affinity Communication,
*Petitioner,*

*v.*

EMPLOYMENT DEPARTMENT,
*Respondent.*

(97-TAX-00097; CA A99931)

987 P2d 569

Kevin L. Mannix argued the cause for petitioner. With him on the brief was Kevin L. Mannix, P.C.

Denise G. Fjordbeck, Assistant Attorney General, argued the cause for respondent. With her on the briefs were Hardy Myers, Attorney General, and Michael D. Reynolds, Solicitor General.

Before De Muniz, Presiding Judge, and Haselton and Wollheim, Judges.

PER CURIAM

Affirmed. *Canvasser Services, Inc. v. Employment Dept.,* 163 Or App 270, 987 P2d 562 (1999).